IN THE MIDDLE DISTRICT OF FLORIDA
UNITED STATES DISTRICT COURT
TAMPA DIVISION

AARON BROOKINS,

    Plaintiff,

vs.                                    CASE NO.:

JETT FLORIDA BELLS, LLC,

    Defendant.
_____/

## COMPLAINT

Plaintiff, AARON BROOKINS ("Brookins" or "Plaintiff"), by and through his undersigned counsel, hereby sues the Defendant, JETT FLORIDA BELLS, LLC ("Jett Florida Bells" or "Defendant"), a Florida Limited Liability Company and alleges as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1331.

2. Venue lies within the United States District Court for the Middle District of Florida, Tampa Division because a substantial part of the events giving rise to this claim occurred in this Judicial District and is therefore proper pursuant to 28 U.S.C. 1391(b).

## PARTIES

3. Plaintiff, AARON BROOKINS, is a resident of Pasco County, Florida.

4. Defendant, JETT FLORIDA BELLS, LLC, is a Florida Limited Liability Company, licensed and authorized to conduct business in the State of Florida and doing business within this Judicial District.

5. Defendant, JETT FLORIDA BELLS, LLC, is an employer as defined by the laws under which this action is brought and employs the required number of employees.

## GENERAL ALLEGATIONS

6. At all times material, Defendant, JETT FLORIDA BELLS, LLC, acted with malice and with reckless disregard for Plaintiff's Federal and State protected rights.

7. At all times material, Plaintiff was qualified to perform his job duties within the legitimate expectations of his employer.

8. Plaintiff has been required to retain the undersigned counsel to represent him in this action and is obligated to pay them a reasonable fee for their services.

9. Plaintiff requests a jury trial for all issues so triable.

## FACTUAL ALLEGATIONS

10. Plaintiff began his employment with the Defendant on or around December 29, 2022, as a Night Shift Cook/Stock.

11. Plaintiff was the only African American male on night shift.

12. Plaintiff's general shift was 7:00 p.m. to 2:00 a.m.

13. During his shift Plaintiff had two Night Shift Managers, Kyle and Chris.

14. On his first day Plaintiff heard and observed Kyle make disparaging comments about a Hispanic female who never returned to work following that day.

15. The next day as Plaintiff was performing his orientation duties on the office computer Kyle came in and took his pants and shirt off.

16. Kyle began making racially derogatory statements to Plaintiff including "his black ass", "black boy", and "your black ass can clean".

17. During New Year's Eve they were throwing firecrackers and shooting fireworks at Plaintiff.

18. Plaintiff believes the managers were under the influence during their shift.

19. On January 5, 2023, Plaintiff reported to work and asked his manager what he wanted him to do and was told to go to the back meaning to

clean, Plaintiff responded, "are you sure?" to which he responded, "what's good, you fu**ing monkey".

20. Plaintiff immediately walked out the door as he was constructively discharged.

21. Plaintiff believes all of these events are captured on the stores surveillance system.

22. Plaintiff was not paid for all hours worked specifically his first day of employment.

## COUNT I
## 42 U.S.C. § 1981 DISCRIMINATION

23. Plaintiff realleges and adopts, as if fully set forth herein, the allegations stated in paragraphs 1 through 22.

24. Plaintiff is an African American male.

25. By the conduct described above, Defendant engaged in unlawful employment practices and discriminated against Plaintiff on account of his race in violation of 42 U.S.C. § 1981, for which Defendant is liable.

26. Defendant knew, or should have known of the discrimination.

27. As a result of Defendant's unlawful discrimination, Plaintiff has suffered and continues to suffer the following damages:

    a. Back pay and benefits;

    b. Interest on back pay and benefits;

  c. Front pay and benefits;

  d. Compensatory damages for emotion pain and suffering;

  e. Punitive damages;

  f. For costs and attorney's fees;

  g. Injunctive relief;

  h. For any other relief this Court deems just and equitable.

**WHEREFORE,** Plaintiff, AARON BROOKINS, demands a trial by jury and judgment against Defendant, JETT FLORIDA BELLS, LLC, for damages as described above, and for such other and further relief to which Plaintiff may be justly entitled.

## COUNT II
## BREACH OF CONTRACT/UNPAID WAGES

28. Plaintiff realleges and adopts, as if fully set forth herein, the allegations stated in paragraphs 1 through 22.

29. Plaintiff earned wages over the course of his employment which are owed and payable by the Defendant pursuant to Florida Statute Chapter 448.08.

30. Plaintiff's claim is for all uncompensated hours worked by Plaintiff.

31. Plaintiff performed all of his conditions and obligations of his employment contract with Defendant, i.e., agreement to work for wages.

32. Despite Plaintiff's reasonable attempts to obtain payment of these earned monies, Defendant has failed and refused to make payment.

33. As a direct and proximate legal result of Defendant's breach of contract, Plaintiff has suffered and continues to suffer damages, including but not limited to, the following:

    a. Unpaid earnings and/or wages/commissions and/or remuneration;

    b. Damages arising from the breach;

    c. Prejudgment and post-judgment interest;

    d. Attorneys' fees and costs pursuant to Fla. Stat. § 448.08; and

    e. Such other relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

34. Plaintiff, AARON BROOKINS, requests a jury trial on all issues so triable.

DATED this 15th day of February, 2023.

    **FLORIN GRAY BOUZAS OWENS, LLC**

    */s/ Wolfgang M. Florin*
    **WOLFGANG M. FLORIN, ESQUIRE**
    Florida Bar No.: 907804
    Primary: WFlorin@floringray.com
    Secondary: angela@floringray.com
    **CHRISTOPHER GRAY, ESQUIRE**
    Florida Bar No.: 902004
    **GREGORY A. OWENS**
    Florida Bar No.: 51366
    16524 Pointe Village Drive, Suite 100
    Lutz, FL 33558

Telephone (727) 254-5255
Facsimile (727) 483-7942
Attorneys for Plaintiff